IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN KUSLITS,

    Plaintiff,

v.

J. ACHTERBERG, G. STEINKE,
SGT. ANDERSON and SGT. TEMSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-239-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) granting J. Achterberg, G. Steinke, Sgt. Anderson and Sgt. Temski's motion for summary judgment for failure to exhaust administrative remedies and;

(2) dismissing plaintiff John Kuslits's claim for a declaratory judgment that defendants violated his Eighth Amendment rights by depriving him of basic safety, sanitation or medical care without prejudice and dismissing this case.

| /s/ | 6/7/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |